**Form DEF7** (03/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Labor Law Poster Service, LLC**<br>5859 W. Saginaw Hwy. Ste. #343<br>Lansing, MI 48917<br>Tax ID: 83−2290181<br><br>**Debtor** | **Case Number 25−00924−jtg**<br><br>**Chapter 11**<br><br>**Honorable John T. Gregg** |

## NOTICE OF FILING(S) DUE

A petition was filed in the above−referenced case on 4/1/25 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Schedule A/B due 4/15/2025.
    Schedule D due 4/15/2025.
    Schedule E/F due 4/15/2025.
    Schedule G due 4/15/2025.
    Schedule H due 4/15/2025.
    Summary of Assets and Liabilities due 4/15/2025.
    Statement of Financial Affairs due 4/15/2025.
    Attorney Disclosure Statement due 4/15/2025.

Local Rule 5005−2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.



Michelle M. Wilson
Clerk of Court

**Dated:** April 2, 2025

---

[1] *Aliases for Debtor Labor Law Poster Service, LLC : aka ALASKA LABOR LAW POSTER SERVICE, aka CALIFORNIA LABOR LAW POSTER SERVICE, aka ARKANSAS LABOR LAW POSTER SERVICE, aka ALABAMA LABOR LAW POSTER SERVICE, aka ARIZONA LABOR LAW POSTER SERVICE*